FILED: March 7, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2570

(12-0034-BLA)

_____

MOUNTAINEER COAL DEVELOPMENT COMPANY, INCORPORATED; WEST VIRGINIA CWP FUND

      Petitioners

v.

LARRY A. DINGESS; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

      Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate response briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Rule 32(a)(7) of Federal Rules of Appellate Procedure. The motion for an extension of time to file separate response briefs is granted. Separate response briefs are due April 10, 2013.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(b).

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>